# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** 8/4/15    **DAY:** 2        **CASE NO.** 11-706-SCW

**PRESIDING: STEPHEN C. WILLIAMS**

| | |
|---|---|
| KELVIN MERRITT, | REPORTER: Laura Esposito |
| | COURTROOM DEPUTY: Reid Hermann |
| | Angie Vehlewald |
| | CONVENED: 9:00 am |
| vs. | ADJOURNED: 5:30 pm |
| STEVE SROKA, BRYCE HICKS, GREG SCHWARTZ, RANDY REDDING, DANNY ALLEN, DEREK DRUE, EARL WILSON, TRACY EPPLIN, TY WALLACE, CYNTHIA JORDAN, LARRY PENLAND, THOMAS DILLE, JOYCE LUCAS, HENRIETTA MELVIN, KAREN CASTLE | |
| | RECESS: 9:30 am-10:00 am |
| | 11:35 am-12:45 pm |
| | 2:20 pm-2:45 pm |

**Counsel for Plaintiff(s):** Ameer Gado and Huan Carol Li

**Counsel for IDOC Defendant(s):** Chris Higgerson, Adam Lipetz, Larry Hall, Tim Dugan

**PLAINTIFF(s) WITNESSES:**
| | | |
|---|---|---|
| (1) | Karen Castle | time 9:00-9:15 am |
| (2) | Brenda Gale | time 9:18-9:30 am |
| (3) | Thomas Wisdom | time 10:00-10:10 am |
| (4) | William Lynch | time 10:10-10:20 am |
| (5) | Cynthia Jordan | time 10:20-11:10 am |
| (6) | Steve Sroka | time 11:10-11:20 am |

**Plaintiff rests:** 11:20 am

**Defendants' Motion for Judgment as a matter of law pursuant to Rule 50; DENIED**

**DEFENDANT(s) WITNESSES:**
| | |
|---|---|
| (1) Steve Sroka | time 12:45-1:35 pm |
| (2) Thomas Dille | time 1:35-1:52 pm |
| (3) Larry Penland | time 1:52-2:05 pm |
| (4) Earl Wilson | time 2:05-2:20 pm |
| (5) Tracy Smith | time 2:33- 4:06 pm |
| (6) Ty Wallace | time 4:06-5:30 pm |

**Defendant rests:** 5:30 pm

**Case shall resume 8/5/15 at 9:00 am with rebuttal testimony from Plaintiff.**