IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELVIN MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   11-706-SCW |
| | ) |
| LT WILLIAMS, STEVE SROKA, BRYCE HICKS, GREG SCHWARTZ, RANDY REDDING, DANNY ALLEN, DEREK DRUE, SCOTT HILL, LT. BRADLEY, SEAN FURLOW, EARL WILSON, TRACY EPPLIN, TY WALLACE, CYNTHIA JORDAN, LARRY PENLAND, BRETT KLINDWORTH, THOMAS DILLE, BRENDA GALE, JOYCE LUCAS, HENRIETTA MELVIN, KAREN CASTLE, MARSHA HILL, DR. OBADINA, DR. SCHAFER, and     SHERRY BENTON,. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| ARTHUR FUNK | ) |
| Interested Party | ) |
| | ) |
| and | ) |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| | ) |
| Interenor | ) |

**JUDGMENT IN A CIVIL CASE**

Defendants LT. RONNIE WILLIAMS, GREG SCHWARTZ and SCOTT HILL were granted judgment as a matter of law and dismissed with prejudice by Order entered by United States Magistrate Judge Stephen C. Williams on 3/3/15 (Doc. 274).

Defendants LT. WILLIAMS, LT. BRADLEY, BRETT KLINDWORTH, MARSHA HILL, DR. OBADINA, DR. SCHAEFER and SHERRY BENTON were dismissed without prejudice on

August 20, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 14).

Defendants BRENDA GALE and SEAN FURLOW were granted summary judgment on February 24, 2015 by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 262).

The remaining defendants came before this Court for jury trial.    The issues have been tried and the jury has rendered its' verdict.    Verdict entered in favor of Defendants DEREK DRUE, BRYCE HICKS, DANNY ALLEN and RANDY REDDING and against Plaintiff KELVIN MERRITT on March 4, 2015 (Doc. 278).    Verdict entered in favor of Defendants HENRIETTA MELVIN, KAREN CASTLE, STEVE SROKA, CYNTHIA JORDAN, LARRY PENLAND, THOMAS DILLE, EARL WILSON and TY WALLACE and against Plaintiff KELVIN MERRITT on August 5, 2015 (Doc. 322).

THEREFORE, judgment is entered in favor of **Defendants LT. RONNIE WILLIAMS, STEVE SROKA, BRYCE HICKS, GREG SCHWARTZ, RANDY REDDING, DANNY ALLEN, DEREK DRUE, SCOTT HILL, LT. BRADLEY, SEAN FURLOW, EARL WILSON, TRACY EPPLIN, TY WALLACE, CYNTHIA JORDAN, LARRY PENLAND, BRENT KLINDWORTH, THOMAS DILLE, BREANDA GALE, JOYCE LUCAS, HENRIETTA MEELVIN KAREN CASTLE, MARSHA HILL, DR. OBADINA, DR. SCHAEFER** and **SHERRY BENTON** and against Plaintiff **KELVIN MERRITT.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30

days from the date of this judgment to file a notice of appeal.    This period can only be

extended if excusable neglect or good cause is shown.



      **DATED** this 31st day of August, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

**BY**: *s/ /Angela Vehlewald*
        **Deputy Clerk**

**Approved by** *s/ /Stephen C. Williams*
     **United States Magistrate Judge**
       **Stephen C. Williams**